# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

GEORGE BOERNER,

                Plaintiff,

v.

LVNV FUNDING, LLC, and
MESSERLI & KRAMER, P.A.,

                Defendants.

Case No. 17-CV-1786-JPS

**ORDER**

On March 11, 2019, Plaintiff filed an unopposed motion to dismiss the above-captioned case. (Docket #59). On March 13, 2019, the parties filed a stipulation for case dismissal with prejudice and without further costs and fees to either party, in light of the settlement that the parties have reached. (Docket #60). The Court will adopt the stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #60) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Plaintiff's motion to dismiss (Docket #59) be and the same is hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**, without further costs and fees to either party.

Dated at Milwaukee, Wisconsin, this 14th day of March, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge